# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR130** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **STEVEN R. BOBINGER,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Motion to amend the Final Order of Forfeiture (Filing No. 47).

IT IS ORDERED:

1. The Plaintiff's Motion (Filing No. 47) is granted; and

2. This Court's Final Order of Forfeiture (Filing No. 46) is hereby amended to reflect the U.S. Marshals Service as the agency responsible for disposing of the weapons. All other provisions of the Final Order of Forfeiture remain in full force and effect.

DATED this 15th day of July, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge